NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD A. ARZILLO,          )
          )
      Appellant,      )
          )
v.          )      Case No. 2D18-2526
          )
GRETCHEN L. ARZILLO,      )
          )
      Appellee.      )
_____)

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Reinaldo Ojeda, Judge.

Richard A. Arzillo, pro se.

Michael M. Brownlee of The Brownlee Law
Firm, Orlando, for Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.